# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 25, 2006

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

130641(60)

EULA WASHINGTON, as Personal
Representative of the Estate of Lisa B. Griffin,
            Plaintiff-Appellee,

v

SINAI HOSPITAL OF GREATERDETROIT,
d/b/a SINAI-GRACE HOSPITAL, DETROIT
MEDICAL CENTER, DR. KUNTA, THOMAS
PISKOROWSKI, D.O., and DR. AL-SAYAD,
            Defendants-Appellants.
_____

SC: 130641
COA: 253777
Wayne CC: 03-330934-NM

          On order of the Chief Justice, the motion by the Michigan State Medical
Society for leave to file a brief *amicus curiae* in this case is considered and it is
GRANTED.



          I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the
foregoing is a true and complete copy of the order entered at the direction of the Court.

October 25, 2006

_____
Clerk